Friday, July 01, 2011

Mr. Samuel V. Houston III
Ford & Massey, P.C.
10001 Reunion Place Blvd., Suite 640
San Antonio, TX 78216

Honorable Raul Vasquez
111th Judicial District
1110 Victoria Street
Laredo, TX 78040
Mr. John Andrew Kazen
Kazen Meurer & Perez LLP
211 Calle del Norte, Suite 100
Laredo, TX 78041

Mr. Jeffrey Wells Oppel
Oppel & Goldberg, PLLC
1010 Lamar, Suite 1420
Houston, TX 77002

RE: Case Number: 10-0460
 Court of Appeals Number: 04-10-00197-CV
 Trial Court Number: 2009CVQ1187-D2

Style: IN RE ALICE M. PUIG IN HER INDIVIDUAL CAPACITY AND IN HER
 CAPACITY AS THE INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF ALICIA
 PRIETO PUIG, AND CHARLES B. PUIG

Dear Counsel:

 Today the Supreme Court of Texas denied the petition for writ of
mandamus and issued a per curiam opinion in the above-referenced case. The
stay order issued July 30, 2011 was lifted.
 You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Michael A. Cruz, Deputy Clerk
|cc:|Mr. Manuel |
| |Gutierrez |
| |Mr. Keith E. |
| |Hottle |